# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00048-CV

### SafeLease Insurance Services, LLC, Appellant

### v.

### Storable, Inc.; Rednova Labs, Inc. (d/b/a Storedge); Sitelink Software, LLC; Easy Storage Solutions, LLC; Bader Co.; and Property First Group, LP, Appellees

---

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-24-010233, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant SafeLease Insurance Services, LLC has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Karin Crump, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed on Appellant's Motion

Filed: January 31, 2025